IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ronald Ross, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CV-02603-KHC-TJJ |
| ) | |
| Adecco USA, Inc., ) | |
| Xerox Corporation, and ) | |
| KC Board of Public Utilities, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff Ronald Ross and Defendant Kansas City Board of Public Utilities announce to the Court that they agree to a Stipulation for Dismissal with Prejudice of all claims made by the Plaintiff, Ronald Ross, against Defendant Kansas City Board of Public Utilities, in this action. Plaintiff Ronald Ross and Defendant Kansas City Board of Public Utilities further announce and agree that each party shall pay their own costs associated with this litigation.

WHEREFORE, the parties respectfully request the Court to enter an Order dismissing this action with prejudice at each party's costs.

Respectfully submitted,

Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone (816) 945-7110
Fax (816) 945-7118
Email:  mwilliams@williamsdirks.com

By: /s/ Michael A. Williams
         Michael A. Williams  #19124
         *Attorneys for Plaintiff*

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
slow@mvplaw.com

By: /s/ Ryan B. Denk
Ryan B. Denk     #18868
Spencer A. Low   #27690
*Attorneys for Defendant*
*Kansas City Board of Public Utilities*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 11th day of December, 2019, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Taylor Fields
Fields & Brown, LLC
1100 Main, Suite 1600
Kansas City, MO 64105
tfields@fieldsandbrown.com

and

Rachel E. Linzy – *Admitted Pro Hac Vice*
Nicole S. Adler – *Admitted Pro Hac Vice*
The Kullman Firm, P.L.C.
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
rel@kullmanlaw.com
nsa@kullmanlaw.com

*Attorneys for Defendant*
*Xerox Corporation*

Kyle B. Russell
Janelle L. Williams
JACKSON LEWIS P.C.
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Kyle.Russell@jacksonlewis.com
Janelle.Williams@jacksonlewis.com

*Attorneys for Defendant*
*Adecco USA, Inc.*

                                                                   /s/ Ryan B. Denk